1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:06-CR-396 JCM (LRL) |
|---|---|
| Plaintiff, | Date:   N/A |
| v. | Time:   N/A |
| EZRA HALLOCK, | |
| Defendant. | |

**ORDER**

Presently before the court are the magistrate judge's report and recommendations filed on March 9, 2009. Doc. #68. The magistrate judge recommends that the defendant's motion to suppress statements made in violation of *Miranda* be granted. *Id*. This court agrees.

Local Rule IB 3-2 states that any party wishing to object to the findings and recommendations of a magistrate judge shall, within ten (10) days from the date of service of the findings and recommendations, file and serve specific written objections together with points and authorities in support thereof. This court then conducts a *de novo* determination of those portions of the specified findings or recommendations to which objections have been made. Here, the United States has not filed any objections to the report and recommendation.

Upon review of the magistrate judge's report and recommendations and there being no objections filed,

IT IS ORDERED, ADJUDGED AND DECREED that the magistrate judge's report and recommendations (Doc. #68) are **AFFIRMED** in their entirety.

1   IT IS FURTHER ORDERED that defendant's motion to suppress (Doc. #55) is **GRANTED**.

2   DATED this 20th day of January, 2009.

_____
**UNITED STATES DISTRICT JUDGE**