# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-CR-396-JCM (LRL) |
| ) | |
| EZRA HALLOCK, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on May 18, 2010, defendant EZRA HALLOCK was found guilty of Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2) and in Count Two with Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and Bill of Particulars for Forfeiture of Property and the offense to which defendant EZRA HALLOCK was found guilty.

The following assets are subject to forfeiture pursuant to United States Code, Statute 2253(a)(1) and 2253(a)(3):

    a.    Maxtor Hard Disk Drive, serial number Y63PEE1E;

    b.    Western Digital Hard Disk Drive, serial number WMAH91208400;

1      c.      Dell Notebook, serial number 26874110053;

2      d.      Hewlett Packard Notebook, serial number CND6160KCX;

3      e.      Maxtor Hard Disk Drive, serial number AG0GMWFC;

4      f.      Quantum Hard Disk Drive, serial number 154759610450Y;

5      g.      Western Digital Hard Disk Drive, serial number WT3490301858;

6      h.      Seagate Hard Disk Drive, serial number 37460-006A;

7      i.      Western Digital Hard Disk Drive, serial number WM3361706479;

8      j.      Maxtor Hard Disk Drive, serial number E1Q8B9YE;

9      k.      Western Digital Hard Disk Drive, serial number, WM6750346897;

10      l.      Seagate Hard Disk Drive, serial number 5GCM2E73;

11      m.      Maxtor Hard Disk Drive, serial number Y475WAEE;

12      n.      Samsung Hard Disk Drive, serial number 0059SAJ2060831;

13      o.      SanDisk Media Card, SDCZ6-2048;

14      p.      SanDisk Media Card, serial number AX0409AG;

15      q.      External Toshiba Hard Disk Drive, serial number 16434491T8C5;

16      r.      Maxtor Hard Disk Drive, serial number V60PZC1A;

17      s.      68 Floppy Disks and CDs;

18      t.      137 Compact Disks;

19      u.      844 Storage Media (Disks and CDs); and

20      v.      290 Storage Media (Disks, CDs, and 8 mm films).

21      This Court finds the United States of America is now entitled to, and should, reduce the

22 aforementioned property to the possession of the United States of America.

23      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

24 United States of America should seize the aforementioned property.

25 . . .

26 . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of EZRA HALLOCK in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> DANIEL D. HOLLINGSWORTH
> Assistant United States Attorney
> MICHAEL A. HUMPHREYS
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described assets.

DATED this 12th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on July 7, 2010 by the below identified method of service:

E-mail/ECF

Kirk T. Kennedy
815 S. Casino Center Boulevard
Las Vegas, NV 89101
Email: ktkjd1@cox.net
*Counsel for Ezra Hallock*

   /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal