# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:06-CR-396-JCM (LRL) |
| EZRA HALLOCK, | |
| Defendant. | |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT EZRA HALLOCK**

On July 12, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) forfeiting property of defendant EZRA HALLOCK to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant EZRA HALLOCK.

DATED this _____ day of _Sept_____, 2010.

_____
UNITED STATES DISTRICT JUDGE