**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>              Plaintiff,     )<br>              )<br>         v.        )  2:06-CR-396-JCM (LRL)<br>              )<br>EZRA HALLOCK,       )<br>              )<br>              Defendant.   ) | |

**FINAL ORDER OF FORFEITURE**

On July 12, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the jury verdict finding defendant EZRA HALLOCK guilty to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars and shown by the United States to have a requisite nexus to the offenses to which defendant EZRA HALLOCK pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 16, 2010 through August 14, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1    This Court finds no petitions are pending with regard to the assets named herein and the time
2 for presenting such petitions has expired.
3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States
7 Code, Section 853(n)(7) and shall be disposed of according to law:
8    a.   Maxtor Hard Disk Drive, serial number Y63PEE1E;
9    b.   Western Digital Hard Disk Drive, serial number WMAH91208400;
10   c.   Dell Notebook, serial number 26874110053;
11   d.   Hewlett Packard Notebook, serial number CND6160KCX;
12   e.   Maxtor Hard Disk Drive, serial number AG0GMWFC;
13   f.   Quantum Hard Disk Drive, serial number 154759610450Y;
14   g.   Western Digital Hard Disk Drive, serial number WT3490301858;
15   h.   Seagate Hard Disk Drive, serial number 37460-006A;
16   i.   Western Digital Hard Disk Drive, serial number WM3361706479;
17   j.   Maxtor Hard Disk Drive, serial number E1Q8B9YE;
18   k.   Western Digital Hard Disk Drive, serial number, WM6750346897;
19   l.   Seagate Hard Disk Drive, serial number 5GCM2E73;
20   m.   Maxtor Hard Disk Drive, serial number Y475WAEE;
21   n.   Samsung Hard Disk Drive, serial number 0059SAJ2060831;
22   o.   SanDisk Media Card, SDCZ6-2048;
23   p.   SanDisk Media Card, serial number AX0409AG;
24   q.   External Toshiba Hard Disk Drive, serial number 16434491T8C5;
25   r.   Maxtor Hard Disk Drive, serial number V60PZC1A;
26   s.   68 Floppy Disks and CDs;

    t.  137 Compact Disks;

    u.  844 Storage Media (Disks and CDs); and

    v.  290 Storage Media (Disks, CDs, and 8 mm films).

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

  The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

  DATED this 24th day of September, 2010.

                  _____
                  UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Final Order of Forfeiture on September 14, 2010 by the below identified method of service:

E-mail/ECF

Kirk T. Kennedy
815 S. Casino Center Boulevard
Las Vegas, NV 89101
Email: ktkjd1@cox.net
*Counsel for Ezra Hallock*

     /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal

4