# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CR-396 JCM (LRL) |
| Plaintiff, | |
| v. | Date:    N/A<br>Time:   N/A |
| EZRA HALLOCK, | |
| Defendant. | |

# ORDER

Presently before the court is defendant Ezra Hallock's motion for enlargement of time. (Doc. # 183). Defendant requests a 60-day enlargement of time to file his reply to the government's opposition (doc. # 167) to his 28 U.S.C. § 2255 motion (doc. # 160). Also before the court is defendant's motion to receive free copies. (Doc. # 184). The government has not responded to either motion.

The court recently granted defendant's motion to produce grand jury materials. (Doc. # 180). Defendant represents that these materials have not yet been provided. The court has already indefinitely tolled the reply date for defendant's motion to vacate pending resolution of the motion to amend. (Doc. # 178). Here, defendant specifically requests that the court give him up to, and including, August 12, 2013, to file his reply. The court will grant this extension subject to production of grand jury material and resolution of defendant's motion to amend. (*See* doc. # 173).[1]

---

[1] This motion is not yet ripe. The reply is due June 7, 2013.

**James C. Mahan**
**U.S. District Judge**

The court denies defendant's motion to receive free copies. Defendant has not demonstrated that he is unable to pay for copies which he may be entitled to while litigating the instant § 2255 motion. Without information relating to defendant's financial status, the court cannot discern whether defendant would be entitled to these materials at the government's expense.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Ezra Hallock's motion for enlargement of time (doc. # 183) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendant shall have up to, and including, August 12, 2013, in which to reply to the government's opposition.

IT IS FURTHER ORDERED defendant's motion to receive free copies (doc. # 184) be, and the same hereby is, DENIED without prejudice.

DATED June 6, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -