Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**May 4, 2020**

Name of Offender: **Ezra Hallock**

Case Number:  **2:06CR00396**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **September 7, 2010**

Original Offense: **Possession of Child Pornography**

Original Sentence: **180 Months prison followed by Lifetime Supervised Release**

Date Supervision Commenced: **September 27, 2019**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1) Ezra Hallock shall not view or possess any materials, including pictures, photographs, books, writings, drawings, videos, or video games, simulating, depicting or describing child pornography, as defined in 18 U.S.C. §2256(8), or sexually explicit conduct depicting minors, as defined at 18 U.S.C. §2256(2). This condition does not prohibit the offender from possessing materials solely because they are necessary to, and used for, a collateral attack, nor does it prohibit the offender from possessing materials prepared and used for the purposes of the offender's Court-mandated sex offender treatment, when the offender's treatment provider or the probation officer has approved of the offender's possession of the material in advance.

2) Ezra Hallock shall submit to a search, at any time, with or without warrant, and by any law enforcement or probation officer, of the offender's person and any property, house, residence, vehicle, papers, computers, cell phones, other electronic communication or data storage devices or media, email accounts, social media accounts, cloud storage accounts, effects and other areas under the offender's control, upon reasonable suspicion concerning a violation of a condition of

RE: Ezra Hallock

Prob12B
D/NV Form
Rev. June 2014

supervision or unlawful conduct by the offender, or by any probation officer in the lawful discharge of the officer's supervision functions.

3) All computers, computer-related devices, and their peripheral equipment, used by the offender shall be subject to search and seizure. This shall not apply to items used at the employment's site, which are maintained and monitored by the employer.

4) All computers, computer-related devices, and their peripheral equipment, used by the offender, shall be subject to search and seizure and the installation of search and/or monitoring software and/or hardware, including unannounced seizure for the purpose of search. The offender shall not add, remove, upgrade, update, reinstall, repair, or otherwise modify the hardware or software on the computers, computer- related devices, or their peripheral equipment, nor shall he/she hide or encrypt files or data without prior approval of the Probation Officer. Further, the offender shall provide all billing records, including telephone, cable, internet, and the like, as requested by the Probation Officer.

5) Ezra Hallock shall comply with the rules and regulations of the Computer Monitoring Program. The offender shall pay the cost of the Computer Monitoring Program, in an amount not to exceed $32 per month per device connected to the internet.

6) Ezra Hallock shall not access via computer any material that relates to children. The offender shall not have another individual access the internet on his/her behalf to obtain files or information which he/she has been restricted from accessing or accept restricted files or information from another person.

## CAUSE

Mr. Hallock is currently being supervised in the Central District of California. Recently the supervising officer discovered that Hallock was viewing sexually inappropriate materials on his digital device. The officer is of the opinion that Mr. Hallock is engaging in risky behavior and he admitted to the officer that he was "trying to see what he could get away with." The supervising officer finds the current conditions of supervision, which were written more than 10 years ago, not robust enough to address Mr. Hallock's risk factors.

It is respectfully requested that Mr. Hallock's conditions be modified to include the aforementioned new conditions. Hallock has agreed to this modification, the waiver of hearing is attached for Your Honor's review.

Respectfully submitted,

Steven M. Goldner
2020.05.04
13:17:00 -07'00'

STEVE M. GOLDNER
Senior U.S. Probation Officer

RE: Ezra Hallock

Prob12B
D/NV Form
Rev. June 2014
Approved:

*Benjamin Johnson* (signature)  Benjamin Johnson
2020.05.05 16:28:38 -07'00'

BENJAMIN JOHNSON
Supervising U.S. Probation Officer

*THE COURT ORDERS*

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

*James C. Mahan* (signature)

Signature of Judicial Officer

May 6, 2020

Date

PROB 49
(3/89)

# United States District Court

District  Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Ezra Hallock shall not view or possess any materials, including pictures, photographs, books, writings, drawings, videos, or video games, simulating, depicting or describing child pornography, as defined in 18 U.S.C. §2256(8), or sexually explicit conduct depicting minors, as defined at 18 U.S.C. §2256(2). This condition does not prohibit the offender from possessing materials solely because they are necessary to, and used for, a collateral attack, nor does it prohibit the offender from possessing materials prepared and used for the purposes of the offender's Court-mandated sex offender treatment, when the offender's treatment provider or the probation officer has approved of the offender's possession of the material in advance.

Ezra Hallock shall submit to a search, at any time, with or without warrant, and by any law enforcement or probation officer, of the offender's person and any property, house, residence, vehicle, papers, computers, cell phones, other electronic communication or data storage devices or media, email accounts, social media accounts, cloud storage accounts, effects and other areas under the offender's control, upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, or by any probation officer in the lawful discharge of the officer's supervision functions.

All computers, computer-related devices, and their peripheral equipment, used by the offender shall be subject to search and seizure. This shall not apply to items used at the employment's site, which are maintained and monitored by the employer.

All computers, computer-related devices, and their peripheral equipment, used by the offender, shall be subject to search and seizure and the installation of search and/or monitoring software and/or hardware, including unannounced seizure for the purpose of search. The offender shall not add, remove, upgrade, update, reinstall, repair, or otherwise modify the hardware or software on the computers, computer-related devices, or their peripheral equipment, nor shall he/she hide or encrypt files or data without prior approval of the Probation Officer. Further, the offender shall provide all billing records, including telephone, cable, internet, and the like, as requested by the Probation Officer.

Ezra Hallock shall comply with the rules and regulations of the Computer Monitoring Program. The offender shall pay the cost of the Computer Monitoring Program, in an amount not to exceed $32 per month per device connected to the internet.

Ezra Hallock shall not access via computer any material that relates to children. The offender shall not have another individual access the internet on his/her behalf to obtain files or information which he/she has been restricted from accessing, or accept restricted files or information from another person.

Scanned with CamScanner

PROB 49
(3/89)

Witness _____ U.S. Probation Officer

Signed X _____ Probationer or Supervised Release

_____4/30/2020_____
Date

Scanned with CamScanner