Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**February 7, 2023**

Name of Offender: **Ezra Hallock**

Case Number:  **2:06CR00396**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **September 7, 2010**

Original Offense: **Receipt of Child Pornography, and Possession of Child Pornography**

Original Sentence: **180 Months prison,**

Date Supervision Commenced: **September 27, 2019**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. You must attend and participate in a sex offender treatment program and sex offender specific evaluations as approved by the probation officer.  You must abide by the policies and procedures of all the treatment and evaluation providers.  You must contribute to the cost of such treatment and assessment not to exceed an amount determined to be reasonable by the probation officer based on the ability to pay.
2. You must attend and participate in periodic polygraph examination as a means to determine compliance with conditions of supervision and the requirements of your therapeutic program, as directed by the probation officer.  No violation proceeding will arise solely on the result of the polygraph test.  A valid Fifth Amendment refusal to answer a question during a polygraph examination will not be used as a basis for a violation proceeding.  You must contribute to the cost of such polygraph examination not to exceed an amount determined to be reasonable by the probation officer based on your ability to pay.
3. You must reside in a residence approved, in advance, by the probation officer.  Any changes in the residence must be pre-approved by the probation officer.

RE: Ezra Hallock

Prob12B
D/NV Form
Rev. June 2014

4. You must not knowingly possess, view, or otherwise use material depicting sexually explicit conduct involving children, as defined by 18USC2256(2), and material depicting sexually explicit conduct involving adults, defined as explicit sexually stimulating depictions of adult sexual conduct that are deemed inappropriate by your probation officer. This condition does not prohibit you from possessing, viewing, or using materials necessary to litigation in which you are a party (such as statutes, caselaw, or court documents related to the litigation, but not including the image(s) that gave rise to your conviction unless specifically allowed by court order), or from creating and possessing journals or writings required as part of any mandated sex-offender treatment but you must notify the probation officer within 72 hours of possessing, viewing, or using any such litigation materials, journals, or writings.

5. You must register as a sex offender in compliance with all federal, state, tribal or other local laws or as ordered by the Court.  Failure to comply with registration laws may result in new criminal charges.

6. You must submit your person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct, and by any probation officer in the lawful discharge of the officer's supervision functions.  You must consent to and cooperate with the seizure and removal of any hardware and/or data storage media for further analysis by law enforcement or the probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct.  You must warn any other residents that the premises may be subject to searches pursuant to this condition.

7. You must not be in the company of or have contact with children who you know are under the age of 18, including your own children. Contact includes, but is not limited to, letters, communication devices, audio or visual devices, visits, or communication through a third party.

8. You must not directly or indirectly contact any victim(s) and victim(s) family of the instant offense(s) without prior written permission.  This also includes victim(s) disclosed in treatment, assessment and/or any other victim identified by the probation officer. Indirect contact includes, but is not limited to letters, communication devices, audio or visual devices, communication through a third party and/or your presence at any location the victim(s) may be known to frequent.  You must immediately report any contact to the probation officer.

9. You are restricted from engaging in any occupation, business, volunteer activity or profession where you have the potential to be alone with children under the age of 18 without prior written permission.  Acceptable employment shall include a stable, verifiable work location and the probation officer must be granted access to your work site.

10. You must not utilize, by any means, any social networking forums offering an interactive, user-submitted network of friends, personal profiles, blogs, chat rooms or other environment which allows for interaction with others without prior written permission from the probation officer.

11. You must submit your computers (as defined in 18USC1030(e)(1)) or other electronic communications or data storage devices or media, to a search.  You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition.  Failure to submit to a search may be ground for revocation of release. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that

RE: Ezra Hallock

Prob12B
D/NV Form
Rev. June 2014

the computer or device contains evidence of this violation. You must consent to and cooperate with the seizure and removal of any hardware and/or data storage media for further analysis by law enforcement or the probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct. Any search will be conducted at a reasonable time and in a reasonable manner.

12. You must not possess any device capable of capturing and/or storing an image, or video recording device without the prior written permission of the probation officer.

13. You must not possess or use a computer (including internet capable devices) with access to any on-line computer service at any location (include place of employment) without the prior written permission of the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or e-mail system. You must consent, at the direction of the probation officer, to having installed on your computer(s) (as defined at 18 USC 1030(e)(1), including internet capable devices), at your own expense, any hardware or software systems to monitor your computer use.

14. You must consent, at the direction of the probation officer, to having installed on your computer(s) (as defined at 18 USC 1030 (e)(1), including internet capable devices), at your own expense, any hardware or software systems to monitor your computer use.

## CAUSE

On September 7, 2010, Hallock was sentenced in the District of Nevada, subsequent to his conviction for Receipt of Child Pornography, a violation of 18 U.S.C.§2252A(a)(2), and Possession of Child Pornography, a violation of 18 U.S.C.§2252A(a)(5)(B), to serve 180 months custody, followed by lifetime supervision. In addition to the mandatory and standard conditions of supervised release, the following special conditions were ordered: weapons prohibition, warrantless search, sex offender treatment, computer pornography prohibition, pornography prohibition, computer monitoring and restriction, and minor prohibition.

On September 27, 2019, Hallock released from custody and commenced his term of supervised release in the Central District of California where he resided with his sister for approximately 40 months. Hallock and his sister rented a home in California until October 27, 2022 when his sister purchased a home in Golden Valley, Arizona. Eventually, his sister relocated and Hallock remained in California as he pursued a Transfer of Supervision (TOS) to the District of Arizona. His TOS was denied twice, and he was therefore instructed to return to his sentencing district. The undersigned staffed Hallock's situation with the District of Arizona and it was determined that if Hallock agreed to the modifications noted above they would accept his TOS request. As such, Hallock has reviewed and signed the Prob49 indicating his willingness to accept the new language noted above and relocate to Arizona with his sister. As the Court may notice, most of the conditions noted above have already been ordered by Your Honor, however, it is the District of Arizona's request the conditions be modified to reflect their district's approved language. Should the Court have any questions, or prefer any alternative course of action, please contact the undersigned.

RE: Ezra Hallock

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

_____
Landon VanWormer
Senior United States Probation Officer

Approved:

_____
Brian Blevins
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐   No Action.

☐   The extension of supervision as noted above.

X   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

February 13, 2023
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Arizona

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. You must attend and participate in a sex offender treatment program and sex offender specific evaluations as approved by the probation officer. You must abide by the policies and procedures of all the treatment and evaluation providers. You must contribute to the cost of such treatment and assessment not to exceed an amount determined to be reasonable by the probation officer based on the ability to pay.
2. You must attend and participate in periodic polygraph examination as a means to determine compliance with conditions of supervision and the requirements of your therapeutic program, as directed by the probation officer. No violation proceeding will arise solely on the result of the polygraph test. A valid Fifth Amendment refusal to answer a question during a polygraph examination will not be used as a basis for a violation proceeding. You must contribute to the cost of such polygraph examination not to exceed an amount determined to be reasonable by the probation officer based on your ability to pay.
3. You must reside in a residence approved, in advance, by the probation officer. Any changes in the residence must be pre-approved by the probation officer.
4. You must not knowingly possess, view, or otherwise use material depicting sexually explicit conduct involving children, as defined by 18USC2256(2), and material depicting sexually explicit conduct involving adults, defined as explicit sexually stimulating depictions of adult sexual conduct that are deemed inappropriate by your probation officer. This condition does not prohibit you from possessing, viewing, or using materials necessary to litigation in which you are a party (such as statutes, caselaw, or court documents related to the litigation, but not including the image(s) that gave rise to your conviction unless specifically allowed by court order), or from creating and possessing journals or writings required as part of any mandated sex-offender treatment but you

must notify the probation officer within 72 hours of possessing, viewing, or using any such litigation materials, journals, or writings.

5. You must register as a sex offender in compliance with all federal, state, tribal or other local laws or as ordered by the Court. Failure to comply with registration laws may result in new criminal charges.
6. You must submit your person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct, and by any probation officer in the lawful discharge of the officer's supervision functions. You must consent to and cooperate with the seizure and removal of any hardware and/or data storage media for further analysis by law enforcement or the probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct. You must warn any other residents that the premises may be subject to searches pursuant to this condition.
7. You must not be in the company of or have contact with children who you know are under the age of 18, including your own children. Contact includes, but is not limited to, letters, communication devices, audio or visual devices, visits, or communication through a third party.
8. You must not directly or indirectly contact any victim(s) and victim(s) family of the instant offense(s) without prior written permission. This also includes victim(s) disclosed in treatment, assessment and/or any other victim identified by the probation officer. Indirect contact includes, but is not limited to letters, communication devices, audio or visual devices, communication through a third party and/or your presence at any location the victim(s) may be known to frequent. You must immediately report any contact to the probation officer.
9. You are restricted from engaging in any occupation, business, volunteer activity or profession where you have the potential to be alone with children under the age of 18 without prior written permission. Acceptable employment shall include a stable, verifiable work location and the probation officer must be granted access to your work site.
10. You must not utilize, by any means, any social networking forums offering an interactive, user-submitted network of friends, personal profiles, blogs, chat rooms or other environment which allows for interaction with others without prior written permission from the probation officer.
11. You must submit your computers (as defined in 18USC1030(e)(1)) or other electronic communications or data storage devices or media, to a search. You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. Failure to submit to a search may be ground for revocation of release. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. You must consent to and cooperate with the seizure and removal of any hardware and/or data storage media for further analysis by law enforcement or the probation officer with reasonable suspicion concerning a violation of a condition of

supervision or unlawful conduct. Any search will be conducted at a reasonable time and in a reasonable manner.
12. You must not possess any device capable of capturing and/or storing an image, or video recording device without the prior written permission of the probation officer.
13. You must not possess or use a computer (including internet capable devices) with access to any on-line computer service at any location (include place of employment) without the prior written permission of the probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or e-mail system. You must consent, at the direction of the probation officer, to having installed on your computer(s) (as defined at 18 USC 1030(e)(1), including internet capable devices), at your own expense, any hardware or software systems to monitor your computer use.
14. You must consent, at the direction of the probation officer, to having installed on your computer(s) (as defined at 18 USC 1030 (e)(1), including internet capable devices), at your own expense, any hardware or software systems to monitor your computer use.

Witness _____  Signed _____
U.S. Probation Officer                    Probationer or Supervised Releasee

_____2/6/2023_____
Date